**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**ERIC MITCHELL,**

                **Plaintiff,**

                                        **CASE NO.  3:15-cv-1211-J-20JRK**

**v.**

**CITY OF JACKSONVILLE, FLORIDA,**
**et al.,**

                **Defendants.**

| Counsel for Plaintiff(s): | Counsel for Defendant(s): |
|---|---|
| Jesse Wilkison | Derrel Chatmon |
| | Sonya Hoener |

**HONORABLE HARVEY E. SCHLESINGER, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Marsha Grant**
**Court Reporter: Cindy Packevicz Jarriel**

_____

**CLERK'S MINUTES**

**PROCEEDINGS OF STATUS CONFERENCE:**

Counsel discussed the status of the case.

Status Conference set for **Wednesday, May 30, 2018 at 11:00 a.m.**

DATE: February 14, 2018    TIMES: 11:04 a.m. – 11:08 a.m.    TOTAL: 4 minutes