UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC MITCHELL,

    Plaintiff,

v.                                        Case No: 3:15-cv-1211-J-20JRK

CITY OF JACKSONVILLE, FLORIDA,
GAIL LOPUT, individually, and KURT
WILSON, individually,

    Defendants.
_____/

## PRETRIAL ORDER

This cause having come on to be heard upon the Court's own motion for a pretrial conference and for the entry of an order defining and simplifying the issues in this cause, with the attorneys representing the respective parties being present; the Court having heard argument by counsel for the respective parties who have agreed to the form hereof, and the Court being fully advised, it is, thereupon

**ORDERED** that the following rules shall govern further proceedings herein:

1. See Pretrial Statement in compliance with the Case Management and Scheduling Order filed herein and executed by counsel for plaintiff(s) and counsel for defendant(s).

2. Inability to require attendance of witness at trial shall not be the basis of a motion for continuance of the trial unless witness subpoena has been issued at least TEN (10) DAYS prior to the date of trial.

3. All witness subpoenas previously or subsequently issued for trial of this action will continue in force and effect until final disposition of this action or until otherwise ordered by the Court.

4. All motions not disposed of prior to date of pretrial conference, except those concerning emergency matters, will not be considered.

5. Although Local Rule 3.03 relieves counsel from filing any discovery material with the Court, no discovery material should be introduced or used by counsel at trial (including cross-examination) unless copies thereof are filed with the Court, and notice given to opposing counsel at least **SIX (6) WORKING DAYS** prior to the date of trial.

6. Counsel shall submit trial briefs or memoranda, proposed voir dire questions, a proposed brief statement of the case that counsel want read to the jury, proposed jury instructions, and proposed forms of verdict no later than **SIX (6) WORKING DAYS** prior to the scheduled trial date. Counsel shall meet for the purpose of exchanging proposed jury instructions and submitting an agreed-to set of jury instructions. If there are requested instructions upon which they are unable to agree, the objecting counsel shall state, in writing, specific objections, citing authorities, and any alternative instruction which counsel consider more appropriate. **NOTE: Two (2) courtesy copies of these materials shall be sent directly to Judge Schlesinger's chambers.**

7. Peremptory challenges shall be allowed as follows: 6 for Plaintiff and 6 for Defendant.

8. This case is set for jury trial during the trial term commencing **Monday, October 1, 2018.** Counsel estimate **5 days** required for trial.

9. This case will be tried in the sequence listed on the Final Trial Calendar which will be mailed to trial counsel. Counsel should keep themselves informed of the progress of cases listed prior to their case.

**IT IS FURTHER ORDERED** that this action shall proceed to trial pursuant to the pretrial stipulation and this Order and no amendments shall be made to the stipulation or this Order except upon written motion and good cause shown.

**DONE** and **ORDERED** in Jacksonville, Florida this 22nd day of August, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Amanda J. Woods, Esq.
Bryan E. DeMaggio, Esq.
Elizabeth Louise White, Esq.
Jesse B. Wilkison, Esq.
Matthew R. Kachergus, Esq.
William J. Sheppard, Esq.
Derrel Quantrill Chatmon, Esq.
Sonya Harrell Hoener, Esq.
Sean Granat, Esq.